■■■ In the Matter of JERMAINE H., an Infant, Appellant. NEW YORK STATE OFFICE OF CHILDREN AND FAMILY SERVICES, Respondent. [718 NYS2d 679] —Appeal unanimously dismissed without costs (*see, Matter of Randy NN.*, 247 AD2d 710). (Appeal from Order of Monroe County Family Court, Donofrio, J.—Placement.) Present—Green, J. P., Pine, Hayes and Scudder, JJ.